**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CINDY LEE EWING,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

Case No. 14-10960

HON. TERRENCE G. BERG
HON. PATRICIA T. MORRIS

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION (Dkt. 15)

This matter is before the court on Magistrate Judge Patricia T. Morris's September 9, 2014 Amended Report and Recommendation (Dkt. 15), recommending that this Court dismiss the case due to Plaintiff's failure to prosecute her claims.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has carefully reviewed and does hereby accept the Magistrate Judge's Amended Report and Recommendation of September 9, 2014 that this case be dismissed for Plaintiff's failure to prosecute.

As observed in the Amended Report and Recommendation, the Magistrate Judge issued an Order to Show Cause and warned Plaintiff of the effect of failing to respond to this order.  Plaintiff failed to respond to the Order to Show Cause and did not otherwise prosecute her case.  Based on these circumstances, the Court agrees with the Magistrate Judge's recommendation that this case should be dismissed for Plaintiff's failure to prosecute.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris's Report and Recommendation of September 9, 2014 (Dkt. 15) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that for the reasons stated in the Amended Report and Recommendation, that this case is dismissed for failure to prosecute under Federal Rule of Civil Procedure Rule 41(b).

Dated:  November 4, 2014	s/Terrence G. Berg
	TERRENCE G. BERG
	UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on November 4, 2014, using the CM/ECF system; which will send notification to the parties.

	s/A. Chubb
	Case Manager